| | |
|---|---|
| C. Brooks Cutter (SBN 121407) | |
| Todd A. Walburg (SBN 213063) | |
| Margot P. Cutter (SBN 306789) | |
| **CUTTER LAW, P.C.** | |
| 401Watt Avenue | |
| Sacramento, CA 95864 | |
| Telephone: (916) 290-9400 | |
| Facsimile: (916) 588-9330 | |
| Email: *bcutter@cutterlaw.com;* | |
| *twalburg@cutterlaw.com;* | |
| *mcutter@cutterlaw.com* | |

Attorneys for Plaintiff DAWN WALTON

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAWN WALTON,<br><br>            Plaintiff,<br>   vs.<br><br>GE HEALTHCARE INC.; GE HEALTHCARE AS; GENERAL ELECTRIC COMPANY; McKESSON CORPORATION; McKESSON MEDICAL-SURGICAL, INC.; MERRY X-RAY CHEMICAL CORPORATION; and DOES 1 through 50, inclusive,<br><br>            Defendants. | Case No. 3:17-cv-06291<br><br>**CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION** |

**INSTRUCTIONS:** Please indicate below by checking **one** of the two boxes whether you (if you are the party) or the party you represent (if you are an attorney in the case) choose(s) to consent or decline magistrate judge jurisdiction in this matter. Sign this form below your selection.

☐ **Consent to Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily **consent** to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment. I understand that appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

**OR**

☒ **Decline Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I **decline** to have a United States magistrate judge conduct all further proceedings in this case and I hereby request that this case be reassigned to a United States district judge.

-1-
CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION

DATE: November 1, 2017         NAME: Todd A. Walburg
                               COUNSEL FOR
                               (OR "PRO SE"): Plaintiff, Dawn Walton

_____
*Signature*